UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    DAMON GOODLOE,
                              Plaintiff,

                          20 Civ. 3540 (LGS)
            -against-

                          ORDER
    VERIZON WIRELESS, et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS the initial pretrial conference in this matter is scheduled for July 2, 2020 (Dkt. No. 7);

    WHEREAS no significant issues were raised in the parties' joint letter or proposed case management plan (Dkt. Nos. 10-11);

    WHEREAS Defendant Verizon Wireless has not yet appeared. The June 29, 2020, letter states that Defendant Verizon Wireless was served on June 18, 2020 (Dkt. No. 11). It is hereby

    **ORDERED** that the July 2, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances and that this order **does not** stay or prolong discovery for the purpose of settlement discussions. It is further

    **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

    **ORDERED** that Defendant Verizon Wireless shall appear as soon as is practicable, but

no later than **July 9, 2020**, the day its answer is due.

Dated: June 29, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**