UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMON GOODLOE,
                       Plaintiff,

                  20 Civ. 3540 (LGS)

       -against-

                  ORDER

VERIZON WIRELESS, et al.,
                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that Plaintiff and **Defendant Verizon Wireless** have reached a settlement in principle in this case (Dkt. No. 22). Accordingly, it is hereby

**ORDERED** that this action is dismissed **just as to Defendant Verizon Wireless**, without costs and without prejudice to restoring the action to the Court's calendar provided the application to restore the action is made within thirty (30) days of this Order. Any application made by the parties with respect to Defendant Verizon Wireless to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions involving Defendant Verizon Wireless are DISMISSED as moot, and all conferences involving Defendant Verizon Wireless are CANCELED.

Dated: July 15, 2020
       New York, New York

                                        LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE