UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DAMON GOODLOE,                                              :
                                    Plaintiff,              :
                                                            :         20 Civ. 3540 (LGS)
            -against-                                       :
                                                            :         ORDER
VERIZON WIRELESS, et al.,                                   :
                                    Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 30, 2020, Defendant Equifax Information Servies LLC ("Defendant Equifax") filed a letter motion for an extension of the deadline to answer or otherwise respond to the Complaint, stating that the original deadline was July 1, 2020, and seeking a 30 day extension (Dkt. No. 13);

WHEREAS, on June 30, 2020, the Court granted Defendant Equifax's request in part, extending the deadline to answer or otherwise respond for all Defendants to July 15, 2020 (Dkt. No. 15);

WHEREAS proof of service, filed on July 1, 2020, confirmed that the deadline for Defendant Equifax to answer or otherwise respond was July 15, 2020 (Dkt. No. 16);

WHEREAS Defendant Equifax did not file an answer or otherwise respond by July 15, 2020.  It is hereby

**ORDERED** that Defendant Equifax shall answer or otherwise to the Complaint by **July 20, 2020**, or file a letter explaining the delay.  Defendant Equifax is reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

Dated: July 17, 2020
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE