```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   DAMON GOODLOE,                                           :
                              Plaintiff,                    :
                                                            :   20 Civ. 3540 (LGS)
                  -against-                                 :
                                                            :   ORDER
   VERIZON WIRELESS, et al.,                                :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that Plaintiff and Defendant Equifax Information Services, LLC ("Defendant Equifax") have reached a settlement in principle in this case (Dkt. No. 25). Accordingly, it is hereby **ORDERED** that this action is dismissed **just as to Defendant Equifax**, without costs and without prejudice to restoring the action to the Court's calendar provided the application to restore the action is made within thirty (30) days of this Order. Any application made by the parties with respect to Defendant Equifax to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions involving Defendant Equifax are DISMISSED as moot, and all conferences involving Defendant Equifax are CANCELED.

Dated: July 20, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**